DURATRON CORP., PLAINTIFF-RESPONDENT, v. REPUBLIC STUYVESANT CORP., ETC., ET AL., DEFENDANTS, AND HAROLD JACOBS, DEFENDANT-PETITIONER.

See same case below: 95 N. J. Super. 527.

Messrs. Beckerman & Franzblau for the petitioner.

Mr. Max L. Rosenstein for the respondent.

November 14, 1967. Denied.

M. & O. DISPOSAL CO., ETC., ET AL., PLAINTIFFS-PETITIONERS, v. TOWNSHIP OF MIDDLETOWN, DEFENDANT-RESPONDENT.

Messrs. Williams, Willette & Faccone for the petitioners.

Mr. Vincent C. DeMaio for the respondent.

November 14, 1967. Granted.

PATRICIA SHEEHY, PLAINTIFF-RESPONDENT, v. THE TOWN OF KEARNY, DEFENDANT-PETITIONER.

Mr. Robert J. McCurrie for the petitioner.

Messrs. Miller & Passero for the respondent.

November 14, 1967. Denied.